which is due upon Forfiture of a bond bearing date. April: 10th 1650.

which is due upon Forfiture of a bond bearing date. April: 10th 1650. for not paying two thousand five hundred Seventy & nine pounds of s^d Nevis Tobacco nor the produce thereof which is due by s^d bond with all other due damages according to attachm^t dat^d April: 19° 1677. . . . The Jury . . . found for the Defendant costs of Court.

### LYTHERLAND ag^t HUDSON

W^m Lytherland plaint. ag^t Cap^t W^m Hudson Defend^t The plaint. withdrew his action.

### HUTCHINSON ag^t ATHERTON &^a

Elisha Hutchinson Elisabeth Winslow Anne Dyer and Susanna Hutchinson Executo^rs to the last will & Testament of Cap^t Edward Hutchinson dec^d plaint^s ag^t Jonathan Atherton Timothy Mather, James Throbridge & Obadiah Swift in behalfe of themselves the widdow and the rest of the Children adm^rs to the Estate of majo^r Humphry Atherton dec^d or either of them Def^ts in an action of the case for not paying the summe of four pound five Shillings and nine pence due by booke & all other due damages according to attachm^t dat^d Feb^r 13° 1676. . . . The Jury . . . found for the Defend^t costs of Court p^d six Shillings. [435]

### VSHER agt. SHAPLEIGH

John Vsher plaint. ag^t Majo^r Nicholas Shapleigh Def^t in an action of debt for thirteen pounds in mony due by booke with interest and other due damages according to attachm^t dat^d April: 16° 1677. . . . The Jury brought in a special verdict i. e. if an order under a mans hand without being attested to bee a sufficient Evidence then wee finde for the plaint. thirteen pounds mony & costs of Court, if not wee finde for the Defend^t costs of Court. The Magistrates upon perusall of the papers and consideration of this verdict finde for the plaint. thirteen pounds mony & costs of Court.

### SANDIFORD ag^t PARRICK

Henry Sandiford plaint. ag^t John Parrick Defend^t The plaint. was nonSuted in failure of process.